EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2016 TSPR 150 <br><br> 195 DPR ____ |

Número del Caso: ES-2016-3

Fecha: 8 de julio de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                          ES-2016-3


RESOLUCIÓN
(ENMENDADA)


En San Juan, Puerto Rico, a 8 de julio de 2016.

De conformidad con lo dispuesto en la Regla 4 del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2016:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Anabelle Rodríguez Rodríguez
Hon. Mildred G. Pabón Charneco

Del 1 de agosto al 31 de agosto de 2016:

Hon. Roberto Feliberti Cintrón, Presidente
Hon. Luis F. Estrella Martínez
Hon. Ángel Colón Pérez

Del 1 de septiembre al 30 de septiembre de 2016:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

En caso que sea necesario sustituir a algún juez que no pueda intervenir en algún asunto se seguirá el procedimiento establecido en la Regla 4 del Reglamento del Tribunal Supremo, supra.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina